UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22196-CIV-ALTMAN/Reid

**LUXOTTICA GROUP S.P.A.**,

    *Plaintiff*,

v.

**FOCUS CAMERA LLC** *and*
**ANTHONY BERKOWITZ**,

    *Defendants.*

_____/

## ORDER

The Defendants filed a Motion to Dismiss or, in the Alternative, for a More Definite Statement (the "Motion") [ECF No. 16]. On December 9, 2021, the Court held a hearing on the motion. [ECF No. 42]. For the reasons stated on the record, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The Motion [ECF No. 16] is **GRANTED in part and DENIED in part**.

2. The Motion to Dismiss by Defendant Focus Camera, LLC, is **DENIED as moot**.

3. The Motion for a More Definite Statement is **DENIED as moot**.

4. The Motion to Dismiss by Defendant Anthony Berkowitz is **GRANTED** *without prejudice and with leave to amend*.

5. The Plaintiff shall file an Amended Complaint by **December 10, 2021**.

6. By **December 17, 2021**, the parties shall conduct a one-hour *informal settlement conference*. By the same date, the parties shall file a Notice of Settlement (or Non-Settlement) on the docket, which shall indicate the following: (a) whether the parties have complied with this Order; (b) whether the parties have settled this case; and (c) if the parties have not settled the case, whether a formal settlement conference before a magistrate judge may prove

fruitful.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of December 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record